UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ALYSSA HOLMES, <br> Defendant. | Case No. 3:15-cr-00061-HDM-WGC <br><br> ORDER |

On or before April 28, 2020, the government and the Probation Department shall respond to the defendant's motion for early termination of supervised release (ECF Nos. 912 & 913), including indicating whether there have been any violations of supervision by the defendant since the inception of her supervised release.

IT IS SO ORDERED.

DATED: This 13th day of April, 2020.

_____
UNITED STATES DISTRICT JUDGE