UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00061-HDM-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALYSSA HOLMES, | |
| Defendant. | |

The court has considered the defendant's unopposed motion for early termination of supervised release on August 1, 2020. (ECF Nos. 912 & 913). After review of all relevant factors for early termination of supervised release as set forth in 18 U.S.C. § 3583(e)(1) and § 3553(a), the court concludes that supervised release in this case should be terminated on August 1, 2020, provided the defendant has no violations of supervision prior to that date and no objections are filed by either the Department of Probation or the government.

IT IS SO ORDERED.

DATED: This 30th day of April, 2020.

*Howard D. McKibben*
UNITED STATES DISTRICT JUDGE