UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:15-cr-00061-HDM-WGC |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ALYSSA HOLMES, | |
| Defendant. | |

Pursuant to the order of April 30, 2020, and no objections having been filed, and further no violations having been reported, the defendant's supervised release is hereby terminated.

IT IS SO ORDERED.

DATED: This 3rd day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE